CARLIE CHRISTENSEN, Acting United States Attorney (#633)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Ste. 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387
e-mail: karin.fojtik@usdoj.gov

F
U.S. DISTR.

2010 APR 28

DISTRICT OF UTAH

BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | I N D I C T M E N T |
| Plaintiff, | : | VIO. 18 U.S.C. § 1344 [Bank Fraud] |
| vs. | : | |
| | : | 18 U.S.C. §1028A [Aggravated Identity Theft] |
| KRISTIN KAY ROMNEY, | : | 18 U.SC. § 1708 [Possession of a Stolen Mail] |
| Defendant. | : | |

Case: 2:10-cr-00347
Assigned To : Kimball, Dale A.
Assign. Date : 4/28/2010
Description: USA v.

The Grand Jury charges:

COUNTS 1-11
[Bank Fraud]

1) On or about the dates listed below, in the Central Division of the District of

Utah,

**KRISTIN KAY ROMNEY,**

the defendant herein, did knowingly devise a scheme and artifice to defraud the financial

institutions referenced below, and did obtain moneys, funds, credits, or other properties

owned by or under the custody and control of the financial institutions named below, by

means of false and fraudulent pretenses, representations and promises, in that defendant

submitted fraudulent checks to various credit unions, and banks all of which were

qualifying financial institutions as defined by 18 U.S.C. § 20 and whose deposits were, at

all times material to this indictment, insured by the National Credit Union Share

Insurance Fund and the Federal Deposit Insurance Corporation.

2) In execution of the scheme and artifice to defraud and to obtain moneys, funds,

credit and properties under control of the financial institution by false and fraudulent

pretenses and promises, the defendant did the following; the defendant, acting alone or

with others unknown to the Grand Jury, obtained identifying information that had been in

the mail of other individuals, thereafter used the information to create fraudulent checks

associated with the identifying information and financial institutions of others, and from

there presented the checks in an effort to negotiate or deposit the checks. By engaging in

this scheme, defendant falsely represented to each financial institution that she had

authority to access to the checks and accounts of the account holders when she did not. In

the course of this scheme, defendant, by feigning to be the account holders listed below,

did effect transactions in the amounts listed below with the financial institutions named

below:

| Ct. | Dates | Fin. Inst. | Check Number | Check Amt. | Acct. Holder |
|-----|-------|-----------|--------------|-----------|--------------|
| 1 | 1/4/10 | Cyprus CU | #1102 | $83.32 | C.S. |
| 2 | 1/4/10 | Cyprus CU | #1099 | $50.12 | C.S. |
| 3 | 1/14/10 | Cyprus C.U. | #1103 | $134.32 | C.S. |
| 4 | 1/4/10 | Cyprus C.U. | #1098 | $779.98 | C.S. |
| 5 | 1/4/10 | Cyprus C.U. | #1101 | $205.77 | C.S. |
| 6 | 1/24/10 | Key Bank | #5588 | $69.72 | R.B. |
| 7 | 1/24/10 | Key Bank | #5599 | $378.93 | R.B. |
| 8 | 1/25/10 | Key Bank | #5600 | $470.83 | R.B. |
| 9 | 1/25/10 | Key Bank | #5598 | $343.44 | R.B. |
| 10 | 1/25/10 | Key Bank | #5607 | $403.06 | R.B. |
| 11 | 1/25/10 | Key Bank | #5605 | $26.39 | R.B. |

and did attempt to do so, all in violation of 18 U.S.C. § 1344 and punishable thereunder.

<u>COUNT 12</u>
18 U.S.C. § 1028A(a)
[Aggravated Identity Theft]

On or about January 25, 2010, in the Central Division of the District of Utah,

KRISTIN KAY ROMNEY,

the defendant herein, did, without lawful authority, knowingly possess and use a means of

identification of another person, to wit, the Key Bank account belonging to R.B. a real

individual, during and in relation to a felony violation enumerated in 18 U.S.C. §

-3-

1028A(c), to wit, bank fraud in violation of 18 U.S.C. § 1344 as alleged in Count 4 which Count is incorporated herein by reference;  all in violation of 18 U.S.C. § 1028A(a)(1) and punishable thereunder.

COUNT 13
18 U.S.C. § 1708
(Possession of Stolen Mail Matter)

On or about January 6, 2010, in the Central Division of the District of Utah,

KRISTIN KAY ROMNEY,

defendant herein, did unlawfully have in her possession a mail addressed to V.W.  which had been stolen, taken, and abstracted from a letterbox in Salt Lake County, Utah, which was an authorized depository for mail matter, knowing the letters and mail to have been stolen, taken, and abstracted from an authorized depository of mail matter, all in violation of 18 U.S.C. § 1708.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

CARLIE CHRISTENSEN
Acting United States Attorney

KARIN M. FOJTIK
Assistant United States Attorney

-4-
